APPENDIX RECORD

FILED
IN CLERK'S OFFICE

Table of contents

2020 OCT 19 PM 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Exhibits 1- 15

The entire lower court and Single Justice
Appendix record.

SUPREME JUDICIAL COURT

Single Justice

Suffolk, ss

SJ - 2020- 578

In Re  Carla Marie Conforto

## PETITION FOR EXTRAORDINARY RELIEF  c 211 §3

### Introduction

Trial Judge will not appoint counsel. This decision does not satisfy due process clause. Insofar as Halbert v. Michigan held that once counsel appointed its the duty of the state to provide effective counsel.

### Jurisdiction

Jurisdiction is confered upon this court under the courts common law and Constitutional powers. Secondary jurisdiction is MGL c 211 §3

### Parties

Carla Marie Conforto  Mother

Leslie Martin  Attorney DCF

Commonwealth of Massachusetts

RECEIVED

AUG 17 2020

MAURA S. DOYLE CLERK
OF THE SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

### Facts

Trial Judge Kenneth J King is mad a law student is helping me. The trial judge made me attorney of record when he denied my motion for appointment of counsel and when a law student who happens to know more about law than I do began helping me the trial judge wrote an order, within one hour of learning of this knowledge, that usurps that law students right as well as my own right to such help. This is a clear indication the trial judges decision was in bad faith.

## Argument

Carla Marie Conforto was appointed ineffective counsel.
The state is not required to give counsel in a care and protection
case but once they chose to give counsel, they have to give
effective counsel _Halbert v Michigan._

Leslie Arsenault appointed as counsel is a conflict of interest.
resulting in a total denial of counsel _Strickland v Washington._
Trial Judges decision to deny the motion for appointment of counsel
is a denial of a substantive right.
In this case there is no other effective remedy but to seek relief
from the Single Justice

## Relief Requested

Appointment of counsel. Fairness demands, this is
my baby twins we're talking about not some skateboards,
or tires or cars — we're talking about baby twins.
The right for Due Process Clause dates all the way back to Magna Carta

By Carla Marie Conforto
401 127 Harrison Avenue
Unit 317
Boston, Massachusetts
12th August 2020



The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

FOR SUFFOLK COUNTY

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

September 9, 2020

**MAURA S. DOYLE**

CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Carla Marie Conforto, Pro Se
1127 Harrison Avenue
Unit 6
Roxbury, MA 02119-3665

RE:  No. SJ-2020-0578

**IN RE: IMPOUNDED CASE**

In accordance with the Rules of Appellate Procedure, Nos. 9(e) and 10(a) and (b), the enclosed copy of the Notice of Appeal and the Notice of Assembly of the Record on Appeal or on Reservation and Report to the Full Court in the above-entitled case are hereby mailed to you.

The appealing party must enter the case in the Supreme Judicial Court for the Commonwealth:

a)  if the appeal is subject to S.J.C. Rule 2:21 (copy attached), within fourteen (14) days of the filing of the notice of appeal;

OR

b)  if the appeal is subject to Mass. R.A.P. 10(a) and (b), within ten (10) days of the receipt of this notice.

Entry of the case will be made in the Clerk's Office, Supreme Judicial Court for the Commonwealth, John Adams Courthouse, One Pemberton Square, Room 1400, Boston, Massachusetts 02108-1724, upon receipt of the filing fee of $300.00, or upon written request if the appealing party has been permitted to proceed without payment of fees

in this court.

     A copy of the record is available from this office for a fee of $.20 per page.

                                Very truly yours,

                                  Maura S. Doyle, Clerk

To:  Carla Marie Conforto
      Middlesex Juvenile Court / Camb
      Clerk - SJC for the Commonwealth

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
No. SJ-2020-0578

IN RE: CARLA MARIE CONFORTO

DETERMINATION REGARDING FEES AND COSTS BY CLERK

Name of Applicant: Carla Marie Conforto

Address:

FORTHWITH DETERMINATION BY CLERK

_____ x__  ALLOWED FORTHWITH. The applicant's affidavit appears
regular and complete on its face, indicates that the
applicant is indigent, and requests waiver,
substitution or payment by the Commonwealth of normal
fees and costs only.  Pursuant to G.L. c. 261, s.
27C(2), the application is therefore ALLOWED forthwith
without hearing, and the normal fees and costs
indicated in the application are:

_____    WAIVED IN FULL

_____    TO BE PAID BY THE COMMONWEALTH IN THE AMOUNT OF
$_____

_____  **REFERRED TO A JUDGE.** The applicant's affidavit does not satisfy all conditions of s. 27C(2), and is therefore referred to a judge pursuant to s. 27C(3), because:

_____  The affidavit is not regular and complete on its face.

_____  The affidavit does not indicate that the applicant is indigent with the meaning of s. 27A.

_____  The affidavit requests waiver, substitution or payment by the Commonwealth of extra fees and costs.

Comments:

Describe fees and costs waived:

$ 315.⁰⁰ Filing fee and surcharge

Dated:  **August 18, 2020**                    Assistant Clerk

**Nicole Sasso**

| | |
|---|---|
| **From:** | Donna Wardynski <donna.wardynski@jud.state.ma.us> |
| **Sent:** | Tuesday, September 1, 2020 9:18 AM |
| **To:** | Sasso, Nicole |
| **Subject:** | FW: Straight docketing Fwd: Follow-up SJ 2020-0578 |

*Donna Wardynski*

Bar Docket Coordinator
Supreme Judicial Court for the County of Suffolk
Office of Clerk Maura S. Doyle
One Pemberton Square - Suite 1300
Boston, Massachusetts 02108
617-557-1111

**From:** Amy Stewart [mailto:amy.stewart@jud.state.ma.us]
**Sent:** Tuesday, September 1, 2020 9:05 AM
**To:** Donna Wardynski <donna.wardynski@jud.state.ma.us>
**Subject:** Straight docketing Fwd: Follow-up SJ 2020-0578

Please docket. Ty.

Sent from my iPhone

Begin forwarded message:

> **From:** returnmypropertynow <returnmypropertynow@protonmail.com>
> **Date:** August 31, 2020 at 4:41:12 PM EDT
> **To:** "amy.stewart@jud.state.ma.us" <amy.stewart@jud.state.ma.us>
> **Subject:** Follow-up SJ 2020-0578
> **Reply-To:** returnmypropertynow <returnmypropertynow@protonmail.com>

> Hello Amy,

> On August 31, 2020 a Total of six emails were sent from:
> returnmypropertynow@protonmail.com

> Confirm receipt that all attachments, documents were received successfully.

> •Appendix, Petition including Certificate of Service and Affidavit - 6 attachments

> • Docket 19CP0037CA - 10 attachments

> •Docket cont'd 19CP0037CA - 10 attachments

> •Docket 19CP0037CA, Exhibits A,B,C,D - 9 attachments

1

•Exhibit E - 1 attachment

•Order re "legal advisor" - 4 attachments

Regards

Sent with ProtonMail Secure Email.

2



## The Commonwealth of Massachusetts

### SUPREME JUDICIAL COURT

#### FOR SUFFOLK COUNTY

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

September 9, 2020

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

**MAURA S. DOYLE**

CLERK

Carla Marie Conforto, Pro Se
1127 Harrison Avenue
Unit 6
Roxbury, MA 02119-3665

RE: No. SJ-2020-0578

**IN RE: IMPOUNDED CASE**

NOTICE OF ASSEMBLY OF THE RECORD
ON APPEAL OR ON RESERVATION AND REPORT TO THE FULL COURT

In accordance with the Rules of Appellate Procedure, Rule 9(e), notice this day has been sent to the Clerk of the Supreme Judicial Court for the Commonwealth, along with two (2) certified copies of the docket entries. The record has been fully assembled in the office of the Clerk of the Supreme Judicial Court for Suffolk County.

The appealing party must enter the case in the Supreme Judicial Court for the Commonwealth:

a) if the appeal is subject to Mass. R. A. P. 10(a) and (b), within ten (10) days of receipt of this notice;

OR

b) if the appeal is subject to S.J.C. Rule 2:21 (copy attached) within fourteen (14) days of the filing of the notice of appeal.

**This notice does not constitute entry in the Supreme Judicial Court for the Commonwealth.**

Maura S. Doyle, Clerk

## RULE 2:21 APPEAL FROM SINGLE JUSTICE DENIAL OF RELIEF ON INTERLOCUTORY RULING
### (Applicable to civil and criminal cases)

(1) When a single justice denies relief from a challenged interlocutory ruling in the trial court and does not report the denial of relief to the full court, the party denied relief may appeal the single justice's ruling to the full court. Unless the court otherwise orders, the notice of appeal shall be filed with the Clerk of the Supreme Judicial Court for Suffolk County within seven days of the entry of the judgment appealed from. Unless the single justice or the full court orders otherwise, neither the trial nor the interlocutory ruling in the trial court shall be stayed.

(2) The appeal shall be presented to the full court on the papers filed in the single justice session, including any memorandum of decision. Nine copies of the record appendix must be filed in the Office of the Clerk of the Supreme Judicial Court for the Commonwealth within fourteen days after the date on which the appeal is docketed in the full Supreme Judicial Court. The record appendix shall be accompanied by nine copies of a memorandum of not more than ten pages, double-spaced, in which the appellant must set forth the reasons why review of the trial court decision cannot adequately be obtained on appeal from any final adverse judgment in the trial court or by other available means. No response from the prevailing party shall be filed, unless requested by the court.

(3) This rule shall not apply to interlocutory appeals governed by Rule 15 of the Massachusetts Rules of Criminal Procedure.

(4) The full court will consider the appeal on the papers submitted pursuant to this rule, unless it otherwise orders.

**********************************************************

If an appeal from a judgment is subject to S.J.C Rule 2:21, set forth above, please note that:

1)    **within seven (7) days of the entry of the judgment**, (unless the court otherwise orders), the appealing party must file **a notice of appeal** with the Clerk of the Supreme Judicial Court for Suffolk County; AND

2)    **within fourteen (14) days of the date of the filing of the notice of appeal**, the appealing party must:

- **docket the appeal** in the office of the Clerk of the Supreme Judicial Court for the Commonwealth and pay any docket fee required by law; AND

3)    **within fourteen (14) days of the docketing of the appeal in the office of the Clerk of the Supreme Judicial Court for the Commonwealth,** the appealing party must:

- **file nine (9) copies of the memorandum and nine (9) copies of the record appendix** with the Clerk of the Supreme Judicial Court for the Commonwealth.

**Courtney O'Loughlin**

| | |
|---|---|
| **From:** | Amy Stewart <amy.stewart@jud.state.ma.us> |
| **Sent:** | Wednesday, September 2, 2020 8:02 AM |
| **To:** | Courtney O'Loughlin |
| **Cc:** | Nicole Sasso; Burke, James |
| **Subject:** | FW: SJ-2020-0578 In Re Carla Marie Conforto APPENDIX, PETITION, AFFIDAVIT |
| **Attachments:** | 3C436E87-5F4C-4504-BC71-0F6B40573338.jpeg; E889AD0F-3AEE-4AD2-8232-95C627E86773.jpeg; A6682A51-5E13-4DDC-8FFE-D66F0676662A.jpeg; 736938E5-7901-4772-AE7C-1D6E2CC13B5E.jpeg; 6C7051D6-334C-43FC-9367-E18B8CDA49CE.jpeg; 22D660CE-2810-4068-989E-CEE12D0D17AF.jpeg |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good morning!

Courtney: I've received several emails from Carla Marie Conforto (you may remember her as Akkima's friend). She has a case SJ-2020-0578 and is seeking to file additional papers in the case. Unfortunately, she keeps sending everything as Jpeg files. Could you please print the emails and attachments (I will forward to you) and docket them in SJ-2020-0578? Also could you please try to upload the papers to LiveLink?

Donna is out today due to a death in her extended family so I am hopeful that you may have capacity to help me today. If not, please let me know and I will work with Nikki instead although I know she is supporting Eric today.

Thank you,
Amy

Amy C. Stewart
**Second Assistant Clerk**
Office of Clerk Maura S. Doyle
Supreme Judicial Court for the County of Suffolk
(617) 557-1184 (direct)
Amy.Stewart@jud.state.ma.us

** Please refer to the Clerk's Office's FAQ during the COVID-19 crisis for answers to common filing and procedural questions.
https://www.mass.gov/guides/sjc-clerks-office-for-the-county-of-suffolk-faqs-during-the-covid-19-crisis#-single-justice-matters-

From: returnmyproperty [mailto:returnmyproperty@protonmail.com]
Sent: Monday, August 31, 2020 3:17 PM

1

To: Amy Stewart <amy.stewart@jud.state.ma.us>
Subject: SJ-2020-0578 In Re Carla Marie Conforto APPENDIX, PETITION, AFFIDAVIT

Hello Amy,

I received your email and will send the rest of the CASE according to the APPENDIX (Table of Contents).
When I figure out how to label attachments using this software/device I will certainly do so.

Attached:

**APPENDIX 1p**
**PETITION FOR EXTRAORDINARY RELIEF 2p**
**AFFIDAVIT 3p**

Regards,
Carla Marie Conforto

Sent with ProtonMail Secure Email.

2

# SUPREME JUDICIAL COURT
### Single Justice

Suffolk, ss

SJ 2020 - 0578

In Re Carla Marie Confurto

## PETITION FOR EXTRAORDINARY RELIEF c211§3

### Introduction

Trial Judge will not appoint counsel. This decision does not satisfy due process clause. Insofar as Halbert v. Michigan held that once counsel appointed its the duty of the state to provide effective counsel.

### Jurisdiction

Jurisdiction is conferred upon this court under the courts common law and Constitutional powers. Secondary jurisdiction is M.G.L.c 211 §3.

### Parties

Carla Marie Confurto Mother
Leslie Martin Attorney DCF
Commonwealth of Massachusetts

### Facts

Trial Judge Kenneth J King is mind a law student is helping me. The trial judge made me attorney of record when he denied my motion for appointment of counsel and when a law student who happens to know more about law than I do began helping me the trial judge made an order within one hour of learning of this knowledge, that usurps the law students right as well as my own right to seek help. This is a clear indication the trial judge's decision was in bad faith.

APPENDIX

Table of Contents

PETITION FOR EXTRAORDINARY RELIEF 52l183    2 pages

AFFIDAVIT OF INDIGENCY    2 pages

ISCOMMXA MASSACHUSETTS MIDDLESEX COUNTY PUBLIC DOCKET REPORT 22 pages

AFFIDAVIT IN SUPPORT OF MOTION FOR APPT OF COUNSEL 3 pages
EXHIBITS A,B,C,D,E

A    7.22.20 ORDER re Habeas Corpus  UNITED STATES DISTRICT COURT    3 pages

B    7.17.20 ORDER re TRIAL PARTICIPATION  MIDDLESEX JUVENILE...    1 page

C    7.16.20 ORDER re APPOINTMENT of COUNSEL  APPEALS COURT    2 pages

D    7.14.20 ORDER re MOTION TO DISCHARGE COUNSEL  MIDDLESEX JUV.    2 pages

E    7.6.20 ORDER re MOTION TO WITHDRAW COUNSEL MIDDLESEX JUV  9 pages

CERTIFICATE OF SERVICE    1 page

Case 1:20-cv-11896-WGD Document Filed 04/10/2820 3 Page 16 of 67

ST-2020-0578

2 of 2 page

## Argument

Carla Mare Gartoto was appointed ineffective counsel. The state is not required to give counsel in a care and protection case but once they chose to give counsel, they have to give effective counsel. Halbert v Michigan.

Leslie Arsenault appointed as counsel is a conflict of interest resulting in a total disenial of counsel Strickland v Washington. Trial Judges decision to deny the motion for appointment of counsel is a denial of a substantive right.

In this case there is no other effective remedy but to seek relief from the Single Justice

## Relief Requested

Appointment of counsel. Fairness demands, this is my baby twins we're talking about not some State bonds, or tires or cars - we're talking about baby twins. The right for Due Process Clause dates all the way back to Magna Carta

By Carla Mare Confoto
4112 7 Administrator Avenue
Unit-tix
Boston, Massachusetts
12th August 2020

CERTIFICATE OF SERVICE
I hereby I hereed a copy on all parties August 12 2020 By Carla Mare Contoto

## AFFIDAVIT      JU 2020-0578   1 of 3

### IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

Carla Marie Conforto, Mother states:

1) I am the Mother of the above captioned matter. I make this affidavit January 6, 2020 on courthouse steps 121 Third Street Cambridge Massachusetts having became aware Leslie Arenault was not communicating with me due to an extreme conflict of interest to include animosity over a relationship between her, her daughter and my family members of sexual and violent nature. She informed me on this date she will address with the judge.

She never told Judge Kenneth J. King the extent of her conflict further refusing to communicate with me thirough May 2020 and in front of judge Leslie Arenault failed to disclose the above in violation of her canon of ethics.

2) June 2020 an individual informed me that such an extreme conflict of interest amounts to the denial of counsel US Const Amend 6 Art 12 Mass Dec of Rights

3) The extent of the Infringement on my Constitutional Rights could not have been known

2 of 3 MF    4) The judge denied a second subsequent motion for appointment
AF-2020-0578    of counsel

5) This is a clear violation of a substantive right

6) There is no other expressed remedy applied.

7) Without Single Justice intervention the risk of erroneous
deprivation of Petitioners interests under Const. Amend. 6, 14,
is too high to be Constitutionally tolerable.

8) On July 17, 2020 the Middlesex Juvenile Court kept hanging
up on me when I called a titled oftentimes

9) On July 17, 2020 when I was granted access to the
juvenile court they kept me on hold for one hour.
blocking my access to the court during an
ongoing trial

10) A law student helping me heard this and
when the judge knew I was being helped by a
law student he threw a fit (Bounds v. Smith)

11) Subsequent to the above infringements on my access to
the court I resubmitted a motion for appointment of counsel
(See exhibits)

Att.
S. of 3
SJ-2020-0578

12 The second motion for appointment at counsel was denied

13. The trial judge tried to "appoint" a legal advisor

14. The judge is supposed to appoint counsel


Signed pursuant to 28 USC § 1746, ideclare under penalty of perjury the foregoing is true and accurate.

31 August 2020          By: Abdul Aziz Cabute

**Courtney O'Loughlin**

| | |
|---|---|
| **From:** | Amy Stewart <amy.stewart@jud.state.ma.us> |
| **Sent:** | Wednesday, September 2, 2020 8:04 AM |
| **To:** | Courtney O'Loughlin |
| **Subject:** | FW: SJ-2020-0578 In Re Carla Marie Conforto Docket, Exhibits |
| **Attachments:** | 26DEA11D-A785-4617-B2D7-91665A07DA6C.jpeg; 590D8E95-47F4-4BD5-A0B7-F63F51A3004E.jpeg; F1556842-076D-4D2E-97B4-13F84A3C94C2.jpeg; A51B25B6-84DA-4D0F-B0BE-682CF0F664EE.jpeg; 3FDEA4D2-A2E3-4541-A46D-AADCD1839F3A.jpeg; 0A8F8C0A-E683-4625-9F8D-F80A9A3472F4.jpeg; BAE5A5AD-DFFA-4EA1-BEF5-986EE3C4CD3B.jpeg; 30CFE3F3-59E8-4E39-B3E7-EF8B502DC511.jpeg; 2E5E5EA9-C07D-4EE5-84EF-B40605FBE5CA.jpeg |

Please see my prior email.  Attached are additional filings from Conforto to be docketed in SJ-2020-0578.  Ty.


Amy C. Stewart
Second Assistant Clerk
Office of Clerk Maura S. Doyle
Supreme Judicial Court for the County of Suffolk
(617) 557-1184 (direct)
Amy.Stewart@jud.state.ma.us

** Please refer to the Clerk's Office's FAQ during the COVID-19 crisis for answers to common filing and procedural questions.
https://www.mass.gov/guides/sjc-clerks-office-for-the-county-of-suffolk-faqs-during-the-covid-19-crisis#-single-justice-matters-




**From:** returnmypropertynow [mailto:returnmypropertynow@protonmail.com]
**Sent:** Monday, August 31, 2020 4:12 PM
**To:** amy.stewart@jud.state.ma.us
**Subject:** SJ-2020-0578 In Re Carla Marie Conforto Docket, Exhibits

Attached: Pages 21 & 22 of 22
MASSACHUSETTS MIDDLESEX COUNTY JUVENILE COURT
Public Docket Report 19CP0037CA total:22 pages
pages 21& 22

EXHIBITS A, B, C, D



Sent with ProtonMail Secure Email.

1

**Courtney O'Loughlin**

| | |
|---|---|
| **From:** | Amy Stewart <amy.stewart@jud.state.ma.us> |
| **Sent:** | Wednesday, September 2, 2020 8:04 AM |
| **To:** | Courtney O'Loughlin |
| **Subject:** | FW: SJ-2020-0578 In Re Carla Marie Conforto Exhibit E |
| **Attachments:** | B51D2C88-9AF5-4013-883C-9A96398FC3A1.jpeg |

Please see my prior email. Attached are additional filings from Conforto to be docketed in SJ-2020-0578.

This is the last email Ty.

Amy C. Stewart
Second Assistant Clerk
Office of Clerk Maura S. Doyle
Supreme Judicial Court for the County of Suffolk
(617) 557-1184 (direct)
Amy.Stewart@jud.state.ma.us

** Please refer to the Clerk's Office's FAQ during the COVID-19 crisis for answers to common filing and procedural questions.
https://www.mass.gov/guides/sjc-clerks-office-for-the-county-of-suffolk-faqs-during-the-covid-19-crisis#-single-justice-matters-

**From:** returnmypropertynow [mailto:returnmypropertynow@protonmail.com]
**Sent:** Monday, August 31, 2020 4:23 PM
**To:** amy.stewart@jud.state.ma.us
**Subject:** SJ-2020-0578 In Re Carla Marie Conforto Exhibit E

Attached:
EXHIBIT E
ORDER RE MOTION TO WITHDRAW COUNSEL

Sent with ProtonMail Secure Email.

1

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX, SS

JUVENILE COURT DEPT.
CAMBRIDGE DIVISION
DOCKET NO: 18CP0067CA

RE: CARE & PROTECTION OF CONFORTO-PETION-GUIRAND CHILDREN

MOTION TO WITHDRAW AS STAND-BY COUNSEL

NOW COMES attorney Leslie J. Arsenault, stand-by counsel for Carla Marie Conforto, mother of the children in the above Care and Protection, who respectfully requests this Honorable Court to allow her Motion to Withdraw as stand-by counsel in this matter.

In support of this motion, counsel submits the attached Affidavit of Leslie J. Arsenault.

WHEREFORE, Attorney Leslie J. Arsenault, respectfully requests that this court grant her Motion to Withdraw and to allow client, Carla Marie Conforto, to obtain substitute counsel or to represent herself *pro se*.

Respectfully Submitted on July 11, 2020,

By Leslie J. Arsenault

Leslie J. Arsenault, Esq.
BBO# 693254
P.O. Box 769
Medford, MA. 02155
(781) 690-2985
Lacc58@me.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11352-RGS

CARLA MARIE CONFORTO

v.

COMMISSIONER LINDA S. SPEARS

**FINAL ORDER OF DISMISSAL**

In accordance with the Order dated July 22, 2020, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 7/22/2020                    /s/ Richard G. Stearns
                                   _____
                                   UNITED STATES DISTRICT JUDGE

Commonwealth of Massachusetts

Middlsex. ss

No. 19CP0037CA

Care and Protection of Desiree, Oliver, Toence and Kehinde

MOTION TO DISCHARGE COUNSEL AND FOR THE APPOINTMENT OF COUNSEL

Now comes Petitioner in the above captioned matter and who does move this court for the discharge of Counsel and for appointment of new counsel.

1. Ineffective and sporadic communication with counsel has effected adequate representation. Strickland v Washington 466 V S 668 (1984)

2) Counsel's deficient performance has provided the Petitioning Mother as to deprive her of full and fair Care and Protection process as guaranteed by the Sixth and Fourteenth Amendment and Article 12 Mass Dec. Rights.

3) Counsels behavior has fallen measurably below that which might be expected from an ordinary fallible lawyer in the circumstances. Commonwealth v Saferian 366 Mass 89 (1974).

4) Appointed counsel has been rendered ineffective due to conflict of interest, due to the extreme nature due to actuarecos influence of a conflict of interest Strickland, Supra at 344.

WHEREFORE as for grounds therein are reeled derectly in Const. Amend 6 14 and Art 12 Mass Dec. Rights

3rd July 2020
Carla Marie Carleto

71127 Harrwonhouse Unit Six
Boston, Massachusetts

[handwritten marginal note, right side:]
— 7/14/2020 — Allowed on to discharge of counsel & appointment of new Counsel.

Allowed on to discharge of counsel & to appointment of new Counsel.
(Kenneth J. Fiore, J.)

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

JUVENILE COURT DEPARTMENT
CAMBRIDGE DIVISION
NO. 19 CP 0037 CA

In Re: OLIVIER PETION )
    DOB: 3/6/2006 )
    DESIREE PETION )
    DOB: 8/12/2004 )
    EVA ARLANE GUIRAND )
    aka BABY GIRL CONFORTO, )
    aka KEHINDE ARJEN )
    aka EVA CONFORTO )
    DOB: 7/10/2017 )
    STEVE ARJEN GUIRAND )
    aka BABY BOY CONFORTO, )
    aka TAEWOE ARJEN, )
    aka STEVE CONFORTO )
    DOB: 7/09/2017 )

ORDER REGARDING CARLA MARIE
CONFORTO'S PARTICIPATION IN THE
TRIAL OF THIS MATTER

Following a hearing on July 17, 2020, it is hereby ORDERED, that if the mother of the minor children, Carla Marie Conforto, seeks to participate in the ongoing trial of this matter, she must appear in person at the Cambridge Juvenile Court, 121 Third St., Cambridge, MA for every hearing in this case. This Order is necessary based on the fact that on July 17, 2020 Carla Marie Conforto called into the ongoing trial with a third person, who identified himself as Arthur Burnham, a self-described student of the law, listening in to assist her. Mr. Burnham did not identify himself as a lawyer and has not filed an appearance in this case. When told that the proceedings are confidential and that a third party cannot listen in, Carla Marie Conforto repeatedly refused to take her phone off speaker and Mr. Burnham could be heard advising Carla Marie Conforto on what to say in response to this Court's questions and comments and other counsel's arguments throughout the balance of the hearing. Therefore, I conclude that it is necessary to have Carla Marie Conforto physically present in the courthouse and in the courtroom during the continued trial proceedings, to ensure the confidentiality of the proceedings.

This trial will resume on July 27 at 10:00 AM and will continue on July 28 at 9:00 AM. If Carla Marie Conforto is not present, she will be deemed to have forfeited her right to participate in these proceedings.

SO ORDERED.

DATED: July 17, 2020

Kenneth J. King, Associate Justice,
Middlesex County Juvenile Court

Commonwealth of Massachusetts

Care and Protection of Desiree, Oliver, Tommie and Kehinde

## AFFIDAVIT

1. Carla Marie Conforto, being duly sworn states

2) I am the Petitioner in the above entitled matter. I make this statement in support of this motion to discharge counsel and for new counsel to be appointed new counsel.

3) there exists a conflict of interest with current appointed counsel.

4) upon information and belief appointed counsel Leslie Arsenault was previously involved with a sexual and violent incidences with a family member of my own.

5) upon information and belief Leslie Arsenault was used by a family member of my own and such lawsuit created animosity which interferes with effective representation.

6) To date counsel has not effectively communicated with this petitioner and has not zealously informed this petitioner of her rights schemes violated.

7) This petitioner is not comfortable moving forward with current counsel nor anyone in her office at CPCS due to the extreme nature of the conflict and overwhelming animosity

8) This petitioner is entitled to effective counsel under the 6th Amendment to United States Constitution Art 12 of Mass Dec of Rights

9) Counsel failed to let me assets changed and counsel

Signed pursuant to 28USC §1746, I declare under penalty of perjury the foregoing a true and accurate.

3rd July 2020          Carla Marie Conforto

COMMONWEALTH OF MASSACHUSETTS

APPEALS COURT CLERK'S OFFICE
John Adams Courthouse
One Pemberton Square, Suite 1200
Boston, Massachusetts 02108-1705
(617) 725-8106

July 16, 2020

RE:   No. 2020-J-0310
Carla Marie Conforto, Pro Se
c/o 1127 Harrison Avennue
Unit 6
Roxbury, MA 02119

Lower Ct. No.: 19CP0037CA

**DEPARTMENT OF CHILDREN AND FAMILIES & others**
         vs.
**MOTHER & others**

NOTICE OF DOCKET ENTRY

Please take note that on July 16, 2020, the following entry was made on the docket of the above-referenced case:

ORDER: The mother in a child welfare matter pending before the Cambridge Juvenile Court has filed a petition, pursuant to G. L. c. 231, § 118, first para., seeking review of the order denying her motion to appoint successor counsel. To succeed, the mother's petition and supporting materials must demonstrate that the Juvenile Court judge's order allowing standby counsel's motion to withdraw and the mother's motion to discharge counsel, but denying the mother's motion to appoint successor counsel, was the product of a clear error of law or abuse of discretion. See Jet-Line Services, Inc. v. Board of Selectmen of Stoughton, 25 Mass. App. Ct. 645, 646 (1988). My authority to overrule an interlocutory order of a trial court judge should "be exercised in a stinting manner with suitable respect for the principle that the exercise of judicial discretion circumscribes the scope of available relief." Edwin Sage Co. v. Foley, 12 Mass. App. Ct. 20, 25 (1981).

"[A] parent may waive the right to counsel either explicitly" or "through conduct." Adoption of Raissa, 93 Mass. App. Ct. 447, 452 (2018). I note that "[t]he key to waiver by conduct is misconduct occurring after an express warning has been given to the [parent] about the [parent's] behavior and the consequences of proceeding without counsel." Id. I further note that, while it is within the judge's sound discretion whether to grant a request for new counsel on the eve of trial, "the judge should make findings showing a balancing between the [parent's] rights and the interests of the" public and the child "and demonstrating that discretion was in fact exercised." Commonwealth v. Carcetti, 53 Mass. App. Ct. 558, 561 (2000). Here, based upon the limited record before me, I am unable to discern either an error of law or an abuse of discretion in the judge's order denying the mother's request for successor counsel on the eve of trial and in light of the mother's history with appointed counsel as demonstrated by the Juvenile Court's docket



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Public Docket Report**

| 07/15/2020 | Motion allowed Release of prior hearing testimony to incorporate into on going trial. | King |
| 07/15/2020 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |

I HEREBY CERTIFY THAT THIS DOCUMENT IS
A TRUE COPY OF A DOCUMENT FILED WITH THE
OFFICE OF THE CLERK-MAGISTRATE OF THIS COURT

*Elizabeth Sheehy*
Clerk-Magistrate

| Printed: 07/15/2020 9:03 am | Case No: 19CP0037CA | | Page: 22 |



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Public Docket Report**

| | | |
|---|---|---|
| 05/11/2020 | Mother present in Court. Judge: King, Hon. Kenneth J | King |
| 05/11/2020 | Father not present. Judge: King, Hon. Kenneth J | King |
| 05/11/2020 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 05/11/2020 | Motion allowed expedited homestudy. | King |
| 05/11/2020 | Court issues order no action taken on motion for restraining order to prevent DCF from removing child form current placement- but absent an emergency, DCF to give parties 10 days notice- see motion as endorsed. | King |
| 07/07/2020 | Probation homestudy filed. | |
| 07/09/2020 | Affidavit of Oliver Petion filed. | |
| 07/09/2020 | Request to Leslie Martin filed. | |
| 07/09/2020 | Motion filed Compel the commonwealth for the entire court record. | |
| 07/09/2020 | Motion filed Discharge counsel and for appointment of counsel. | |
| 07/09/2020 | Affidavit filed. | |
| 07/09/2020 | Motion filed Compel the commonwealth to facilitate petitioner access to her biological children via visitation. | |
| 07/09/2020 | Affidavit filed. | |
| 07/13/2020 | Motion filed Motion to Withdraw and Affidavit. | |
| 07/13/2020 | Stipulation of Facts of Desiree Petion filed. | King |
| 07/13/2020 | Supplemental Witness and Exhibit List Since June 5, 2020 on behalf of the Minor child, Desiree Petion filed. | King |
| 07/14/2020 | Court issues order Case heard via ZOOM due to COVID19 emergency. | King |
| 07/14/2020 | Mother present in Court. Judge: King, Hon. Kenneth J | King |
| 07/14/2020 | Motion allowed Atty Arsenaults motion to wihtdraw. | King |
| 07/14/2020 | Attorney removed/appearance vacated on behalf or mother. Judge: King, Hon. Kenneth J | King |
| 07/14/2020 | Motion allowed to discharge counsel and for the appointment of counsel. | King |
| 07/14/2020 | Motion allowed in part Allowed as to discharge, denied as to appointment of new counsel. | King |
| 07/14/2020 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 07/14/2020 | Court issues order hearing stayed until 7/15/2020 @2pm. | King |
| 07/14/2020 | amended affidavit of Olivier Petion filed. | King |
| 07/15/2020 | Court issues order Case heard via ZOOM due to COVID19 emergency. | King |
| 07/15/2020 | Father not present. Judge: King, Hon. Kenneth J | King |
| 07/15/2020 | Mother present in Court. Judge: King, Hon. Kenneth J | King |

Printed 07/15/2020 9:03 am | Case No: 19CP0037CA | Page: 21

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

RECEIVED

SEP 08 2020

MAURA S. DOYLE CLERK
OF THE SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

19CP0037CA In the Matter of: Petion et. al., Guirand et. al.

| | |
|---|---|
| **CASE TYPE:** Care & Protection | **FILE DATE:** 02/21/2019 |
| **ACTION CODE:** INCP | **CASE TRACK:** |
| **DESCRIPTION:** Care and Protection Petition, G.L. c. 119, § 24 | |
| **CASE DISPOSITION DATE:** 03/20/2020 | **CASE STATUS:** Suspended-Covid-19 |
| **CASE DISPOSITION:** Pending | **STATUS DATE:** 02/21/2019 |
| **CASE JUDGE:** King, Kenneth J | **CASE SESSION:** |

**BCM TRACK**

| Ticker Description | Due Date | Completion Date |
|---|---|---|
| Investigator Report Due | 07/12/2019 | 08/05/2019 |

**PARTIES**

| | | |
|---|---|---|
| **Petitioner**<br>DCF - Arlington<br>Dept. of Children & Families<br>30 Mystic Street<br>Arlington, MA 02474 | **DCF Attorney**<br>Leslie Marie Martin<br>Department of Children and Families<br>Department of Children and Families<br>30 Mystic St<br>Arlington, MA 02474-1155<br>Work Phone (781) 641-8250<br>Added Date: 05/28/2020 | 658843 |
| **Child**<br>Guirand, Eva Ariane<br>3780 Mystic Valley Parkway<br>Apt. 227<br>Medford, MA 02155 | **Appointed CP/CKINS/CRA/GU**<br>Karin Wilinski<br>Karin Wilinski, Attorney at Law<br>Karin Wilinski, Attorney at Law<br>233 Needham St<br>Suite 300<br>Newton Upper Falls, MA 02464<br>Work Phone (617) 629-7711<br>Added Date: 02/22/2019 | 565178 |
| **Child**<br>Guirand, Steve Arjen<br>3780 Mystic Valley Parkway<br>Apt. 227<br>Medford, MA 02155 | **Appointed CP/CKINS/CRA/GU**<br>Karin Wilinski<br>Karin Wilinski, Attorney at Law<br>Karin Wilinski, Attorney at Law<br>233 Needham St<br>Suite 300<br>Newton Upper Falls, MA 02464<br>Work Phone (617) 629-7711<br>Added Date: 02/22/2019 | 565178 |



CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| | | |
|---|---|---|
| **Child**<br>Petion, Desiree Penelope<br>3780 Mystic Valley Parkway<br>Apt. 227<br>Medford, MA 02155 | Appointed CP/CHINS/CRA/GU<br>M. Therese Roche<br>Law Offices of M. Therese Roche<br>Law Offices of M. Therese Roche<br>171 Swanton St<br>Suite 9<br>Winchester, MA 01890<br>Work Phone (781) 721-4733<br>Added Date: 03/11/2019 | 423510 |
| **Child**<br>Petion, Olivier<br>3780 Mystic Valley Parkway<br>Apt. 227<br>Medford, MA 02155 | Appointed CP/CHINS/CRA/GU<br>Joan M Altamore<br>Joan M. Altamore, Esquire<br>Joan M. Altamore, Esquire<br>39 Glandower Rd<br>Roslindale, MA 02131<br>Work Phone (617) 686-1719<br>Added Date: 03/14/2019 | 640468 |
| **Respondent 1**<br>Conforto, Carla Marie<br>c/o 1127 Harrison Avenue<br>Unit 8<br>Boston, MA 02119 | Appointed CP/CHINS/CRA/GU<br>Thomas W Fothergill<br>Law Office of Thomas W Fothergill<br>Law Office of Thomas W Fothergill<br>200 Jefferson Rd<br>Suite 208<br>Wilmington, MA 01887<br>Work Phone (781) 438-1122<br>Added Date: 08/07/2020 | 646135 |
| **Respondent 2**<br>Guirand, Steeve<br>28 Silvia Court<br>No. 1<br>Hyde Park, MA 02136 | Appointed CP/CHINS/CRA/GU<br>Mary M Santoro<br>Mary M. Santoro, Attorney-at-Law<br>Mary M. Santoro, Attorney-at-Law<br>P O Box 938<br>Medford, MA 02155-0010<br>Work Phone (781) 391-3771<br>Added Date: 03/07/2019 | 656432 |
| **Respondent 2**<br>Petion, Andre G<br>39 Maple Street<br>Unit 404<br>Hyde Park, MA 02136 | | |



CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| | EVENTS | | | | |
|---|---|---|---|---|---|
| **Date** | **Session** | **Event** | **Result** | | **Resulting Judge** |
| 03/04/2019 | Cambridge Session | Preliminary Hearing (CV) | Rescheduled | | King |
| 03/05/2019 | Cambridge Session | Preliminary Hearing (CV) | Held | | King |
| 03/07/2019 | Cambridge Session | Warrant/Precept Hearing | Held | | King |
| 03/11/2019 | Cambridge Session | Temporary Custody Hearing | Rescheduled | | King |
| 03/11/2019 | Cambridge Session | Preliminary Hearing (CV) | Held | | King |
| 03/14/2019 | Cambridge Session | Temporary Custody Hearing | Rescheduled | | King |
| 03/18/2019 | Cambridge Session | Preliminary Hearing (CV) | Held | | King |
| 03/21/2019 | Cambridge Session | Temporary Custody Hearing | Held | | King |
| 03/25/2019 | Cambridge Session | Warrant/Precept Hearing | Held | | King |
| 03/25/2019 | Cambridge Session | Temporary Custody Hearing | Rescheduled | | King |
| 03/25/2019 | Cambridge Session | Report | Rescheduled | | King |
| 03/27/2019 | Cambridge Session | Temporary Custody Hearing | Held | | King |
| 03/27/2019 | Cambridge Session | Report | Held | | King |
| 04/12/2019 | Cambridge Session | Motion Hearing | Held | | King |
| 04/18/2019 | Cambridge Session | Motion Hearing | Held | | King |
| 04/18/2019 | Cambridge Session | Temporary Custody Hearing | Held | | King |
| 06/13/2019 | Cambridge Session | Status Hearing | Held | | King |
| 07/17/2019 | Cambridge Session | Motion Hearing | Held | | King |
| 07/18/2019 | Cambridge Session | Report | Held | | King |
| 07/25/2019 | Cambridge Session | Motion Hearing | Held | | King |
| 09/12/2019 | Cambridge Session | Report | Held | | King |
| 10/04/2019 | Cambridge Session | Motion Hearing | Held | | King |
| 10/24/2019 | Cambridge Session | Motion Hearing | Held | | King |
| 11/15/2019 | Cambridge Session | Report | Rescheduled | | King |
| 11/26/2019 | Cambridge Session | Report | Held | | King |
| 01/08/2020 | Cambridge Session | Motion Hearing | Held | | King |
| 01/13/2020 | Cambridge Session | Motion Hearing | Held | | King |
| 01/23/2020 | Cambridge Session | Report | Held | | King |
| 02/08/2020 | Cambridge Session | Pre Trial Conference (CR/CV) | Held | | King |
| 02/08/2020 | Cambridge Session | Other Hearing | Held | | King |
| 03/09/2020 | Cambridge Session | Permanency Hearing | Rescheduled | | King |
| 03/09/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Held - NDCP Trial | | King |
| 03/12/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Rescheduled | | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| Date | Session | Event | Status | Judge |
|---|---|---|---|---|
| 03/12/2020 | Cambridge Session | Permanency Hearing | Rescheduled | King |
| 03/13/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Rescheduled | King |
| 03/23/2020 | Cambridge Session | Warrant/Precept Hearing | Held | Tan |
| 03/23/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Rescheduled-Covid-19 emergency | King |
| 03/24/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Rescheduled-Covid-19 emergency | King |
| 03/25/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Rescheduled-Covid-19 emergency | King |
| 03/26/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Rescheduled-Covid-19 emergency | King |
| 03/30/2020 | Cambridge Session | Warrant/Precept Hearing | Held | Tan |
| 05/18/2020 | Cambridge Session | Other Hearing | Rescheduled | King |
| 05/26/2020 | Cambridge Session | Other Hearing | Rescheduled-Covid-19 emergency | Tan |
| 05/28/2020 | Cambridge Session | Other Hearing | Held | King |
| 06/11/2020 | Cambridge Session | Other Hearing | Held | King |
| 07/14/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Held - NDCP Trial | King |
| 07/15/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Held - NDCP Trial | King |
| 07/17/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Held - NDCP Trial | King |
| 07/27/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Held - NDCP Trial | King |
| 07/28/2020 | Cambridge Session | Hearing on Merits (CR/CV) | Held - NDCP Trial | King |
| 09/08/2020 | Cambridge Session | Hearing on Merits (CR/CV) | | |
| 09/10/2020 | Cambridge Session | Hearing on Merits (CR/CV) | | |
| 09/21/2020 | Cambridge Session | Hearing on Merits (CR/CV) | | |
| 09/22/2020 | Cambridge Session | Hearing on Merits (CR/CV) | | |
| 09/23/2020 | Cambridge Session | Hearing on Merits (CR/CV) | | |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| | INFORMATIONAL DOCKET ENTRIES | | |
|---|---|---|---|

| Date | Ref | Description | Judge |
|---|---|---|---|
| 02/21/2019 | | Petition filed. | |
| 02/21/2019 | | Affidavit disclosing care and custody filed. | |
| 02/21/2019 | | Affidavit of petitioner filed. | |
| 02/21/2019 | | Summons for mother to issue. [FORM] | Sheehy |
| | | Judge: Sheehy, C-M Elizabeth | |
| 02/21/2019 | | Summons for father to issue. [FORM] | Sheehy |
| | | Judge: Sheehy, C-M Elizabeth | |
| 02/21/2019 | | Filed<br>On this date Patricia M Osgood, Esq. added as Appointed CP/CHINS/CRA/GU for Respondent 1 Carla M Conforto<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Jay D Blitzman. | |
| 02/21/2019 | | Filed<br>On this date Cindy A Fenichel, Esq. added as Appointed CP/CHINS/CRA/GL for Respondent 2 Andre G Petion<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Jay D Blitzman. | |
| 02/22/2019 | | Filed<br>On this date Karin Wilinski, Esq. added as Appointed CP/CHINS/CRA/GU fo Child Olivier Petion<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Jay D Blitzman. | |
| 02/22/2019 | | Filed<br>On this date Karin Wilinski, Esq. added as Appointed CP/CHINS/CRA/GU fo Child Desiree Petion<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Jay D Blitzman. | |
| 02/22/2019 | | Filed<br>On this date Karin Wilinski, Esq. added as Appointed CP/CHINS/CRA/GU fo Child Baby Girl Conforto<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Jay D Blitzman. | |
| 02/22/2019 | | Filed<br>On this date Karin Wilinski, Esq. added as Appointed CP/CHINS/CRA/GU fo Child Baby Boy Conforto<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Jay D Blitzman. | |
| 03/04/2019 | | Mother not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/04/2019 | | Father not present.<br>Judge: King, Hon. Kenneth J | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| | | |
|---|---|---|
| 03/04/2019 | Ordered Attorenys Wilinski and Osgood not present, snowstorm. | King |
| 03/05/2019 | Precept Issued for Olivier Petion, Desiree Petion, Baby Girl Conforto, Baby Boy Conforto. [FORM] | King |
| 03/05/2019 | Summons for father to issue. [FORM] <br> Judge: King, Hon. Kenneth J | King |
| 03/05/2019 | Court Issues order petition issues. | King |
| 03/05/2019 | Mother not present. <br> Judge: King, Hon. Kenneth J | King |
| 03/05/2019 | Father not present. <br> Judge: King, Hon. Kenneth J | King |
| 03/05/2019 | Summons for witness to issue. [FORM] <br> Judge: King, Hon. Kenneth J | King |
| 03/05/2019 | FORM: <br><br> C&P Precept <br> Sent On: 03/05/2019 13:14:22 | |
| 03/05/2019 | FORM: <br><br> C&P Precept <br> Sent On: 03/05/2019 13:17:15 | |
| 03/05/2019 | FORM: <br><br> C&P Precept <br> Sent On: 03/05/2019 13:17:41 | |
| 03/07/2019 | Aplearance of Counsel by Atty Osgood/mother filed. | |
| 03/07/2019 | Summons for mother to issue. [FORM] <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Child before the court and identified. <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Child excused from further hearings. <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Precept recalled. <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Precept returned with service. <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Temporary mittimus to DCF. [FORM] <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Summons for father to issue. [FORM] <br> Judge: King, Hon. Kenneth J | King |
| 03/07/2019 | Filed <br> On this date Brooke.M Chen, Esq. added as DCF Attomey for Petitioner DCI - Arlington | |



**MASSACHUSETTS**
MIDDLESEX COUNTY JUVENILE COURT
Docket Report

CRTR2709-CR

| 03/07/2019 | Summons for father to issue. [FORM] | King |
|---|---|---|
| | Judge: King, Hon. Kenneth J | |
| 03/07/2019 | Petition amended children #3 and #4 only (Baby girl and baby boy) father, Steeve Guirand, added to petition. | King |
| 03/07/2019 | Continuation of the child in the home is contrary to his/her best interests. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/07/2019 | DCF affidavit dated 3/7/19 filed. | King |
| 03/07/2019 | Filed | |
| | On this date Mary M Santoro, Esq. added as Appointed CP/CHINS/CRA/GU for Respondent 2 Steeve Guirand | |
| | Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b | |
| | Judge Hon. Kenneth J King. | |
| 03/11/2019 | Notice of Special Appearance (by Mother) filed. | |
| 03/11/2019 | Motion filed to withdraw by Atty Osgood. | |
| 03/11/2019 | Attorney Brooke M Chen, Esq. enters an appearance for DCF - Arlington. | |
| 03/11/2019 | Notice of docket entry and judgment from the Supreme Judicial Court filed. | |
| 03/11/2019 | Attorney Karin Wilinski, Esq. enters an appearance for Baby Girl Conforto, Baby Boy Conforto. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/11/2019 | Attorney Cindy A Fenichel, Esq. enters an appearance for Andre G Petion. | |
| 03/11/2019 | Court issues order New and seperate counsel to be appointed for Desiree a Oliver. | King |
| 03/11/2019 | Attorney removed/appearance vacated on behalf of child/defendant. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/11/2019 | Mother present in Court. | |
| 03/11/2019 | Petition amended mother's true name "Carla Marie Conforto". | King |
| | Judge: King, Hon. Kenneth J | |
| 03/11/2019 | Motion allowed in part atty Osgood's motion to withdraw allowed but she is t remain as standby counsel. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/11/2019 | refused summons filed. | |
| 03/11/2019 | Court issues order mother refuses service of process, court finds mother has actual notice and has been served. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/11/2019 | Court issues order Mother may have copy of docket. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/11/2019 | Court issues order Martin's hearing conducted with mother. | King |



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| 03/11/2019 | Appearance by Atty Mary Santoro filed. | |
|---|---|---|
| 03/11/2019 | Father present in court.<br>Judge: King, Hon. Kenneth J | King |
| 03/11/2019 | Personal service of summons made on father.<br>Judge: King, Hon. Kenneth J | King |
| 03/11/2019 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/11/2019 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/11/2019 | Summons for witness to issue. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/11/2019 | Court issues order Mother odered to produce child Desiree's address, schoc<br>and all contact information before next date, see written order in file, copy<br>given to mother in open court. | King |
| 03/11/2019 | Filed<br>On this date Karin Wilinski, Esq. dismissed/withdrawn as Appointed<br>CP/CHINS/CRA/GU for Child Olivier Petion | |
| 03/11/2019 | Filed<br>On this date Robert Thomas Owens, Esq. added as Appointed<br>CP/CHINS/CRA/GU for Child Olivier Petion<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) t<br>Judge Hon. Jay D Blitzman. | |
| 03/11/2019 | Filed<br>On this date Karin Wilinski, Esq. dismissed/withdrawn as Appointed<br>CP/CHINS/CRA/GU for Child Desiree Petion | |
| 03/11/2019 | Filed<br>On this date M. Therese Roche, Esq. added as Appointed<br>CP/CHINS/CRA/GU for Child Desiree Petion<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) t<br>Judge Hon. Jay D Blitzman. | |
| 03/12/2019 | Summons for Patricia Conforto for 3/14/2019 returned with service. | |
| 03/12/2019 | Summons for Patricia Souza Conforto for 3/14/2019 returned with service. | |
| 03/14/2019 | Filed<br>On this date Robert Thomas Owens, Esq. dismissed/withdrawn as Appointe<br>CP/CHINS/CRA/GU for Child Olivier Petion | |
| 03/14/2019 | Filed<br>On this date Joan M Altamore, Esq. added as Appointed CP/CHINS/CRA/Gt<br>for Child Olivier Petion<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) t<br>Judge Hon. Gloria Y Tan. | |
| 03/14/2019 | Motion filed Production of records and Affidavit. | |
| 03/14/2019 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

CRTR2709-CR

| | | |
|---|---|---|
| 03/14/2019 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/14/2019 | special cause affidavit with attachments filed. | King |
| 03/14/2019 | Motion filed to produce records. | King |
| 03/14/2019 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/15/2019 | Summons for Andre Petion returned without service. | |
| 03/18/2019 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 03/18/2019 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/18/2019 | order by Judge King re: Desiree filed. | King |
| 03/18/2019 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/18/2019 | Court issues order all counsel and mother given copy of order file by Judge<br>King. | King |
| 03/21/2019 | Motion filed Motion to correct Scriveners Error. | |
| 03/21/2019 | Birth certificate of child filed. [SCAN]<br><br>Applies To: Petion, Desiree (Child) | |
| 03/21/2019 | Statements (mother) filed. | |
| 03/21/2019 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 03/21/2019 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/21/2019 | Court issues order mother may review prior c&p case form this court and ms<br>have a certified copy of the docket sheet only- no further dissemination by<br>mother. | King |
| 03/21/2019 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/21/2019 | Summons for father to issue. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/21/2019 | Notice of docket entry and judgment from the Supreme Judicial Court filed. | |
| 03/25/2019 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/25/2019 | Child/young adult present in court.<br>Judge: King, Hon. Kenneth J | King |
| 03/25/2019 | Child before the court and identified.<br>Judge: King, Hon. Kenneth J | King |
| 03/25/2019 | Child excused from further hearings.<br>Judge: King, Hon. Kenneth J | King |



CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| | | |
|---|---|---|
| 03/25/2019 | Precept recalled.<br>Judge: King, Hon. Kenneth J | King |
| 03/25/2019 | Precept returned with service.<br>Judge: King, Hon. Kenneth J | King |
| 03/25/2019 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 03/25/2019 | Court issues order case called back into court for afternoon session- mother<br>and child- Desiree are present in court. | King |
| 03/25/2019 | Notice of docket entry and judgment from the Supreme Judicial Court filed. | |
| 03/27/2019 | Summons for father to issue. [FORM]<br><br>Judge: King, Hon. Kenneth J<br>Applies To: Petion, Olivier (Child); Petion, Desiree (Child); Petion, Andre G<br>(Respondent 2) | King |
| 03/27/2019 | Father present in court.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Social Worker present.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Colloquy with father conducted.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Written stipulation filed by father.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Stipulation approved by judge.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Temporary custody hearing waived by father.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Personal service of summons made on father.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Father's, Andre Petion's, waiver of custody hearing filed. | King |
| 03/27/2019 | Court inquired as to whether the parties know or have reason to know that the<br>child is an Indian child subject to ICWA.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Parties respond no as to knowing or having reason to know that the child is<br>an Indian child subject to ICWA.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Written stipulation filed by father.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Colloquy with father conducted.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Stipulation approved by judge.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Temporary custody hearing waived by father.<br>Judge: King, Hon. Kenneth J | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| 03/27/2019 | father's, Steeve Guirand's, right to a custody hearing/right to a placement hearing reserved filed. | King |
|---|---|---|
| 03/27/2019 | Court inquired as to whether the parties know or have reason to know that the child is an Indian child subject to ICWA.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Parties respond no as to knowing or having reason to know that the child is an Indian child subject to ICWA.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Mother not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Father present in court.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Social Worker present.<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Petition amended Father's address: Steeve Guirand, 863 Salem Street, Malden, Ma. 02148. | King |
| 03/27/2019 | Court issues order Mother's right to a temporary custody hearing waived/Oliver's right has been reserved. | King |
| 03/27/2019 | Court issues order Investigator to be appointed with report due 06/10/19. | King |
| 03/27/2019 | Precept issued for Desiree Penelope Petton. [FORM] | King |
| 03/27/2019 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | FORM:<br><br>C&P Precept<br>Sent On: 03/27/2019 16:05:33<br><br>Judge: King, Hon. Kenneth J | King |
| 03/27/2019 | Determination made that DCF or its agent's efforts prior to removal were reasonable.<br>Judge: King, Hon. Kenneth J | King |
| 03/28/2019 | Investigator appointed:<br>Sally Anne Kinder, Esq. appointed as Investigator On 03/28/2019 by Hon. Kenneth J King. | |
| 04/04/2019 | Notice of assignment and release filed. | |
| 04/04/2019 | Motion filed Hearing. | |
| 04/12/2019 | FORM:<br><br>C&P Precept<br>Sent On: 04/12/2019 12:36:14 | |
| 04/12/2019 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 04/12/2019 | Father not present.<br>Judge: King, Hon. Kenneth J | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| | | |
|---|---|---|
| 04/12/2019 | Motion filed Childrens' motion for funds for DNA testing. | King |
| 04/12/2019 | Petition amended Baby Boy's true name: Taewoe Arjan Baby Girl's true name: Keninde Aliene. | King |
| 04/12/2019 | Court issues order Notice of intent to seek medical care after hearing accepted by the court and DCF authorized to treat. Judge: King, Hon. Kenneth J. | King |
| 04/12/2019 | Mother present in Court. Judge: King, Hon. Kenneth J. | King |
| 04/12/2019 | Court issues order Notice of intent to seek medical treatment stayed until 4/16/19. | King |
| 04/12/2019 | Court issues order Mother ordered to produce Desiree by or before 4/18/19 9AM. | King |
| 04/12/2019 | Father not present. Judge: King, Hon. Kenneth J. | King |
| 04/12/2019 | Mother's document re: release and quitclaim filed. | King |
| 04/12/2019 | Mother's document re: release and quitclaim filed. | King |
| 04/12/2019 | Mother's document re: release and quitclaim filed. | King |
| 04/12/2019 | Mother's document re: release and quitclaim filed. | King |
| 04/12/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J. | King |
| 04/12/2019 | J. King's order re: production of child filed. | King |
| 04/16/2019 | Child/young adult present in court. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Child before the court and identified. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Child excused from further hearings. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Continuation of the child in the home is contrary to his/her best interests. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Determination made that DCF or its agent's efforts prior to removal were reasonable. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Precept recalled. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Mother present in Court. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | Father not present. Judge: King, Hon. Kenneth J. | King |
| 04/16/2019 | affidavit of Carla Marie Conforto filed. | King |
| 04/16/2019 | Motion denied quitclaim—treated as motion to return children—see motion as noted. | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| 04/16/2019 | Motion allowed DNA testing. | King |
|---|---|---|
| 04/16/2019 | Court Issues order mother may have copy of mittimus. | King |
| 04/18/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 04/18/2019 | recognition as a civilian (typing error updated 7/16/19) filed. | King |
| 04/16/2019 | Motion denied to restore 72 hour hearing. Judge: King, Hon. Kenneth J | King |
| 04/16/2019 | Motion allowed Notice of intent to seek medical treatment- see notice for specifics. | King |
| 04/18/2019 | Mother not present. Judge: King, Hon. Kenneth J | King |
| 04/18/2019 | Father not present. Judge: King, Hon. Kenneth J | King |
| 04/18/2019 | Mr Rogers present in court. | King |
| 04/18/2019 | Court Issues order Mr Petion waived his temporary custody hearing rights previously. | King |
| 04/18/2019 | Exhibit #1-Original Affidavit admitted. | King |
| 04/18/2019 | Court Issues order Ms Conforto, mother's, right to a temporary custody hearing deemed waived. | King |
| 04/18/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 04/18/2019 | Court Issues order Any pro se filings will be copied and given to Judge's Lobby for review. | King |
| 06/10/2019 | Motion filed Court Investigator's extension of time. | |
| 06/13/2019 | Mother not present. Judge: King, Hon. Kenneth J | King |
| 06/13/2019 | Father not present. Judge: King, Hon. Kenneth J | King |
| 06/13/2019 | Motion allowed extension of time to file inv report. Report now due by 7/12/19. | King |
| 06/13/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 06/13/2019 | DCF report in accordance with G.L. c. 119, s. 21A filed. Judge: King, Hon. Kenneth J | King |
| 06/13/2019 | Letter from Carney Hospital regarding Ms. Conforto's admittance filed. | |
| 07/09/2019 | Special notice of disbelief and demand filed. | |
| 07/16/2019 | Motion filed Notice of intent to view docket/copies of case file, on going access to case file. | |
| 07/17/2019 | Motion filed Court Investigator extension of time. | |
| 07/17/2019 | Motion allowed Court Investigator extension of time report now due 8/2/19. | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| 07/18/2019 | Mother present in Court. Judge: King, Hon. Kenneth J. | King |
|---|---|---|
| 07/18/2019 | Father not present. Judge: King, Hon. Kenneth J. | King |
| 07/18/2019 | DCF report in accordance with G.L. c. 119, s. 21A filed. Judge: King, Hon. Kenneth J. | King |
| 07/18/2019 | Court issues order DCF to produce its file within 30 days. | King |
| 07/18/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J. | King |
| 07/25/2019 | Summons for father to issue. [FORM] Judge: King, Hon. Kenneth J. | King |
| 07/25/2019 | Mother present in Court. Judge: King, Hon. Kenneth J. | King |
| 07/25/2019 | Ordered mother appears at 3:10pm for 2pm hearing. | King |
| 07/25/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J. | King |
| 07/25/2019 | Father present in court. Mr. Guirand Judge: King, Hon. Kenneth J. | King |
| 07/25/2019 | Personal service of summons made on father. Mr. Guirand Judge: King, Hon. Kenneth J. | King |
| 08/02/2019 | Court Investigation filed. | |
| 08/08/2019 | Ordered Mother may have a copy of the court investigation. Judge: King, Hon. Kenneth J. | King |
| 09/11/2019 | Notice dated 09/08/19 with exhibit a&b and attached affirmation of service filed. | |
| 09/11/2019 | Notice's dated 09/08/19 re: liability, rights and property with affirmation of service filed. | |
| 09/12/2019 | Mother present in Court. Judge: King, Hon. Kenneth J. | King |
| 09/12/2019 | DCF report in accordance with G.L. c. 119, s. 21A filed. Judge: King, Hon. Kenneth J. | King |
| 09/12/2019 | Court issues order DCF case file-initial contact through July 2019-given to mother in hand. Mother ordered not to share or duplicate this file in any way. | King |
| 09/12/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J. | King |
| 09/12/2019 | Court issues order Any motions must be filed and served by 9/23/19. | King |
| 09/12/2019 | Notice re: harm, loss, or injury, Notice re: recission, and affirmation of service filed. | |
| 09/27/2019 | Copy of Notice : Property and Affirmation of service filed. | |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| 09/27/2019 | Request for Argument filed. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/02/2019 | Letter to Carla Marie Conforto filed. | Driscoll |
| 10/04/2019 | Notice of Pro Se and Affirmation of service filed. | |
| 10/04/2019 | Mother present in Court. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/04/2019 | Motion filed Written order pursuant to Juvenile court rules. | King |
| 10/04/2019 | Court issues order Temporary restraining order extended -see order. | King |
| 10/04/2019 | Father not present. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/04/2019 | Temporary mittimus to DCF. [FORM] | King |
| | Judge: King, Hon. Kenneth J | |
| 10/04/2019 | Motion allowed Written order pursuant to Juvenile Court rules. | King |
| 10/17/2019 | Motion filed To Withdraw as Mother's Counsel by Atty Osgood with Affidavit. | |
| 10/24/2019 | Temporary mittimus to DCF. [FORM] | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | Mother present in Court. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | DCF report in accordance with G.L. c. 119, s. 21A filed. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | MOTHER referred to court clinic. | King |
| 10/24/2019 | Father not present. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | Motion allowed to withdraw as Mother's counsel by Atty Osgood. | King |
| 10/24/2019 | Attorney removed/appearance vacated on behalf or mother. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | Attorney to be appointed for Mother. | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | Memo/incident report from Francis Driscoll, Assistant Clerk Magistrate filed. | King |
| 10/24/2019 | Written order filed by the court. Regarding Carla Marie Conforto's access to the clerk's office SCAN | King |
| | Judge: King, Hon. Kenneth J | |
| 10/24/2019 | Filed On this date Patricia M Osgood, Esq. dismissed/withdrawn as Appointed CP/CHINS/CRA/GU for Respondent 1 Carla Marie Conforto | |
| 11/14/2019 | Filed On this date Margarida M Goncalves, Esq. added as Appointed CP/CHINS/CRA/GU for Respondent 1 Carla Marie Conforto Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) t Judge Hon. Kenneth J King. | |



CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
Docket Report

| 11/14/2019 | **Filed** On this date Margarida M Goncalves, Esq. dismissed/withdrawn as Appointed CP/CHINS/CRA/GU for Respondent 1 Carla Marie Conforto | |
|---|---|---|
| 11/14/2019 | **Filed** On this date Daniel J Mahoney, Esq. added as CAFL Staff Attorney for Respondent 1 Carla Marie Conforto | |
| 11/14/2019 | **Filed** On this date Daniel J Mahoney, Esq. dismissed/withdrawn as CAFL Staff Attorney for Respondent 1 Carla Marie Conforto | |
| 11/14/2019 | **Filed** On this date Leslie J Arsenault, Esq. added as Appointed CP/CHINS/CRA/GU for Respondent 1 Carla Marie Conforto Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b Judge Hon. Kenneth J King. | |
| 11/15/2019 | Letter addressed to Judge King from Carla Marie Conforto requesting continuance filed. | King |
| 11/15/2019 | DCF report in accordance with G.L. c. 119, s. 21A filed. Judge: King, Hon. Kenneth J | King |
| 11/15/2019 | Mother not present. Judge: King, Hon. Kenneth J | King |
| 11/15/2019 | Father not present. Judge: King, Hon. Kenneth J | King |
| 11/15/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 11/15/2019 | Copy of email to Carla Marie Conforto from Judge King sent by email and to Harrison Ave mailing address filed. | |
| 11/22/2019 | Special notice (amended cf disbelief and demand for return of abducted children dated 11/13/19 filed. | |
| 11/26/2019 | Attorney Leslie J Arsenault, Esq. enters an appearance for Carla Marie Conforto. Judge: King, Hon. Kenneth J | King |
| 11/26/2019 | Mother not present. Judge: King, Hon. Kenneth J | King |
| 11/26/2019 | Father not present. Judge: King, Hon. Kenneth J | King |
| 11/26/2019 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 11/26/2019 | Court issues order special notice of disbelief threated as request for trial. | King |
| 01/02/2020 | Motion filed Dismiss with prejudice for lack of jurisdiction 12/30/19. | |
| 01/08/2020 | Mother present in Court. Judge: King, Hon. Kenneth J | King |
| 01/08/2020 | Father not present. Judge: King, Hon. Kenneth J | King |



CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| 01/08/2020 | Motion denied to dismiss (mother's motion). | King |
| 01/08/2020 | Motion filed for publication by DCF (as to children #3 and 4- Kerinde and Taewoe). | King |
| 01/06/2020 | DCF report in accordance with G.L. c. 119, s. 21A filed. | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/13/2020 | Mother present in Court. | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/13/2020 | Special affidavit in the nature of clear notice of harm with opportunity to refer filed. | |
| 01/13/2020 | Motion allowed Publication. | King |
| 01/13/2020 | Special notice requiring a memorandum of decision based upon findings and conclusion of law for denial of injured party's special motion to dismiss filed. | |
| 01/13/2020 | Order for service by publication as to unknown/unnamed mother in newspaper. [FORM] | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/13/2020 | Father not present. | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/13/2020 | Temporary mittimus to DCF. [FORM] | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/13/2020 | Notice of assignment and release filed. | King |
| 01/22/2020 | Court Clinic report filed. | |
| 01/23/2020 | Mother present in Court. | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/23/2020 | Court issues order motions in limine due by 2/6/2020. | King |
| 01/23/2020 | Court issues order witness and exhibit list due by 1/31/2020. | King |
| 01/23/2020 | Father not present. | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/23/2020 | Motion allowed oral motion to amend motion for publication.. | King |
| 01/23/2020 | Petition amended Kerinde's true name to read: Eva Ariane Guirand and date of birth to read: 7/10/17. | King |
| 01/23/2020 | Petition amended Taewoe's true name to read: Steve Arien Guirand date of birth 7/9/17. | King |
| 01/23/2020 | Court issues order publication order amended to add Eva Ariane Guirand an Steve Arien Guirand publication return date now 3/09/2020. | King |
| 01/23/2020 | Paternity established see 19ps0023ca. | King |
| 01/23/2020 | Paternity established see 19ps0021ca. | King |
| 01/23/2020 | Temporary mittimus to DCF. [FORM] | King |
| | Judge: King, Hon. Kenneth J. | |
| 01/23/2020 | notice of special appearance and estoppel, by mother filed. | |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| 01/23/2020 | Order for service by publication as to unknown/unnamed mother in newspaper. [FORM] | King |
| | Judge: King, Hon. Kenneth J | |
| 01/24/2020 | Judge King's Scheduling Order filed. | King |
| 01/31/2020 | Proposed witness and exhibit list filed. | |
| 02/05/2020 | Motion filed Requesting rules of conduct for Carla Marie Conforto to ensure courtroom safty. | |
| 02/05/2020 | Court Clinic report filed. | |
| 02/08/2020 | Mother not present. | King |
| | Judge: King, Hon. Kenneth J | |
| 02/08/2020 | Father not present. | King |
| | Judge: King, Hon. Kenneth J | |
| 02/08/2020 | Court issues order court draws inference that Ms. Conforto is the biological mother of Carla and Steve. | King |
| 02/08/2020 | Court issues order all medical records may viewed by all counsel. | King |
| 02/08/2020 | Temporary mittimus to DCF. [FORM] | King |
| | Judge: King, Hon. Kenneth J | |
| 02/13/2020 | Medical records of Eva Ariane Guirand received from Boston Children's hospital. | |
| 02/13/2020 | Medical records of Steve Arjen Guirand received from Boston Children's Hospital. | |
| 02/14/2020 | Medical records of Steve Arjen Guirand, Eva Ariane Guirand received from Boston Children's Hospital. | |
| 02/24/2020 | Permanency plan filed. | |
| 03/09/2020 | Mother present in Court. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/09/2020 | Colloquy with father conducted. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/09/2020 | Father present in court. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/09/2020 | Surrender signed by father - Andre Petion for both Olivier and Desiree filed. | King |
| 03/09/2020 | Court issues order Atty Fenichel struck. | King |
| 03/09/2020 | Father not present. | King |
| | Judge: King, Hon. Kenneth J | |
| 03/09/2020 | Motion filed with affidavit to withdraw by Atty Arsenault. | King |
| 03/09/2020 | Motion denied to withdraw by Atty Arsenault. | King |
| 03/09/2020 | Filed | |
| | On this date Cindy A Fenichel, Esq. dismissed/withdrawn as Appointed CP/CHINS/CRA/GU for Respondent 2 Andre G Petion | |
| 03/09/2020 | Adoption surrender by father filed. | King |
| | Judge: King, Hon. Kenneth J | |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| | | |
|---|---|---|
| 03/09/2020 | Ordered Rachel Koehler takes stand and gives testimony. | King |
| 03/09/2020 | Ordered Mikki Freedman-Weiss takes stand and gives testimony. | King |
| 03/09/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/09/2020 | Exhibit #1, #3 and #4, #6 though #33, #36 through #42 admitted. | King |
| 03/09/2020 | Consent or notice to Andre G Petion shall not be required upon any legal<br>proceeding for adoption, guardianship, custody or other disposition of subject<br>child sponsored by DCF or agency. [FORM] | King |
| 03/09/2020 | Found in Need of Care and Protection.<br>Judge: King, Hon. Kenneth J | King |
| 03/09/2020 | Father found unfit as a result of being unwilling, incompetent, and/or<br>unavailable.<br>Judge: King, Hon. Kenneth J | King |
| 03/10/2020 | Notice of hearing and order regarding possession of recording devices in the<br>court house sent to Carla Marie Conforto returned to court listing fictitious<br>name and address - see notice attached to returned documents filed. | |
| 03/12/2020 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 03/12/2020 | Motion filed mothers oral motion that the case be dismissed due to being<br>trademarked. | King |
| 03/12/2020 | Motion denied mothers oral motion that the case be dismissed due to being<br>trademarked. | King |
| 03/12/2020 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 03/12/2020 | Ordered Shannon Casey takes the stand and gives testimony. | King |
| 03/12/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/12/2020 | Ordered Caroline Keefe takes the stand and gives testimony. | King |
| 03/20/2020 | Court orders rescheduling due to State of Emergency surrounding the<br>Covid-19 virus.: Hearing on Merits (CR/CV) scheduled on:<br>03/23/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Hon. Kenneth J King, Presiding | King |
| 03/20/2020 | Court orders rescheduling due to State of Emergency surrounding the<br>Covid-19 virus.<br>Judge: King, Hon. Kenneth J | King |
| 03/20/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 03/20/2020 | Court orders rescheduling due to State of Emergency surrounding the<br>Covid-19 virus.: Hearing on Merits (CR/CV) scheduled on:<br>03/26/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Hon. Kenneth J King, Presiding | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| | | |
|---|---|---|
| 03/20/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.: Hearing on Merits (CR/CV) scheduled on: 03/25/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. Kenneth J King, Presiding | King |
| 03/23/2020 | Affidavit dated 03/23/20-request for precept filed. | Tan |
| 03/23/2020 | Precept issued for Desiree Penelope Pelton. [FORM] | Tan |
| 03/23/2020 | FORM: C&P Precept Sent On: 09/23/2020 15:17:41 | |
| 03/24/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.: Hearing on Merits (CR/CV) scheduled on: 03/24/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. Kenneth J King, Presiding | King |
| 03/24/2020 | Temporary mittimus to DCF. [FORM] Judge: King, Hon. Kenneth J | King |
| 03/30/2020 | DCF Affidavit dated 3/30/2020 filed. | King |
| 03/30/2020 | Precept recalled. Judge: Tan, Hon. Gloria Y | Tan |
| 04/07/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.: Other Hearing scheduled on: 05/26/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. Gloria Y Tan, Presiding | Tan |
| 04/07/2020 | Temporary mittimus to DCF. [FORM] Judge: Tan, Hon. Gloria Y | Tan |
| 05/01/2020 | Written order filed by the court. SCAN ***Order Regarding Documentary Exhibits*** Judge: King, Hon. Kenneth J | King |
| 05/22/2020 | Court issues order Counsel request via email for case to be scheduled for a Lobby on 05/26/20. | King |
| 05/22/2020 | Court issues order Email and Letter sent by mail to Carla Marie Conforto. | King |
| 05/22/2020 | Letter to Carla Marie Conforto dated 05/22/20 and email to Carla Marie Conforto dated 05/22/20 filed. | King |
| 05/26/2020 | Filed On this date Leslie Marie Martin, Esq. added as DCF Attorney for Petitioner DCF - Arlington | |
| 05/26/2020 | Filed On this date Brooke M Chen, Esq. dismissed/withdrawn as DCF Attorney for Petitioner DCF - Arlington | |
| 05/26/2020 | Court issues order case heard through Zoom due to COVID19 with Judge King, Attys. Martin, Altamore, Roche, Wilinski, Santoro, Arsenault, and mother calls in at 11:25am. | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| | | |
|---|---|---|
| 05/28/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J. | King |
| 08/05/2020 | Amended witness and exhibit list filed. | |
| 08/05/2020 | Motion filed Release of prior hearing testimony to incorporate into ongoing trial. | |
| 08/05/2020 | Motion filed child's for short order of notice. | |
| 08/05/2020 | Motion filed Child's for an expedited homestudy/placement hearing. | |
| 08/05/2020 | Motion filed Child's for temporary restraining order to prevent DCF from removing the child from current placement. | |
| 08/11/2020 | DCF report in accordance with G.L. c. 119, s. 21A filed. | |
| 08/11/2020 | Court issues order case heard through zoom call due to COVID19 with Judg King ,2 interns, attys. martin, roche/arsenault/santoro/aitemore/wilinski, ms keefe (dcf), ms freedman-Weiss (dcf). | King |
| 08/11/2020 | Mother present in Court.<br>Judge: King, Hon. Kenneth J. | King |
| 08/11/2020 | Father not present.<br>Judge: King, Hon. Kenneth J. | King |
| 08/11/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J. | King |
| 08/11/2020 | Motion allowed expedited homestudy. | King |
| 08/11/2020 | Court issues order no action taken on motion for restraining order to prevent DCF from removing child form current placement- but absent an emergency. DCF to give parties 10 days notice- see motion as endorsed. | King |
| 07/07/2020 | Probation homestudy filed. | |
| 07/09/2020 | Affidavit of Oliver Petion filed. | |
| 07/09/2020 | Request to Leslie Martin filed. | |
| 07/09/2020 | Motion filed Compel the commonwealth for the entire court record. | |
| 07/09/2020 | Motion filed Discharge counsel and for appointment of counsel. | |
| 07/09/2020 | Affidavit filed. | |
| 07/09/2020 | Motion filed Compel the commonwealth to facilitate petitioner access to her biological children via visitation. | |
| 07/09/2020 | Affidavit filed. | |
| 07/13/2020 | Motion filed Motion to Withdraw and Affidavit. | |
| 07/13/2020 | Stipulation of Facts of Desiree Petion filed. | King |
| 07/13/2020 | Supplemental Witness and Exhibit List Since June 5, 2020 on behalf of the Minor child, Desiree Petion filed. | King |
| 07/14/2020 | Court issues order Case heard via ZOOM due to COVID19 emergency. | King |
| 07/14/2020 | Mother present in Court.<br>Judge: King, Hon. Kenneth J. | King |
| 07/14/2020 | Motion allowed Atty Arsenaults motion to whtdraw. | King |



CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| | | |
|---|---|---|
| 07/14/2020 | Attorney removed/appearance vacated on behalf of mother.<br>Judge: King, Hon. Kenneth J | King |
| 07/14/2020 | Motion allowed to discharge counsel and for the appointment of counsel. | King |
| 07/14/2020 | Motion allowed in part Allowed as to discharge, denied as to appointment of new counsel. | King |
| 07/14/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 07/14/2020 | Court issues order hearing stayed until 7/15/2020 @2pm. | King |
| 07/14/2020 | amended affidavit of Olivier Petion filed. | King |
| 07/14/2020 | Filed<br>On this date Leslie J Arsenault, Esq. dismissed/withdrawn as Appointed CP/CHINS/CRA/GU for Respondent 1 Carla Marie Contorto | |
| 07/15/2020 | Court issues order Case heard via ZOOM due to COVID19 emergency. | King |
| 07/15/2020 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 07/15/2020 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 07/15/2020 | Motion allowed Release of prior hearing testimony to incorporate into on going trial. | King |
| 07/15/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 07/17/2020 | Notice of docket entry of interlocutory appeal denying mother's motion for counsel filed. | |
| 07/17/2020 | Photograph of children filed. | |
| 07/17/2020 | Court issues order case heard via Zoom due to COVID19. | King |
| 07/17/2020 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 07/17/2020 | Mother present in Court.<br>Judge: King, Hon. Kenneth J | King |
| 07/17/2020 | copy of U.S. District Court filing- petition for a writ of habeas corpus filed. | King |
| 07/17/2020 | Ordered testimony of Caroline Keefe taken, DCF. | King |
| 07/17/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 07/17/2020 | order from Judge King re: mother's participation in the trial in this matter filed | King |
| 07/20/2020 | Written stipulation, OF FACTS, filed by Destree Penelope Petion. | King |
| 07/27/2020 | Court issues order Case heard via Zoom due to COVID19. | King |
| 07/27/2020 | Mother not present.<br>Judge: King, Hon. Kenneth J | King |
| 07/27/2020 | Father not present.<br>Judge: King, Hon. Kenneth J | King |

CRTR2709-CR



**MASSACHUSETTS**
**MIDDLESEX COUNTY JUVENILE COURT**
**Docket Report**

| 07/27/2020 | Court issues order testimony taken form DCF worker Caroline Keefe. | King |
|---|---|---|
| 07/27/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 07/28/2020 | Amended witness and exhibit list filed. | |
| 07/28/2020 | Motion filed Appointment of counsel and continuance of fairness and Affidavi | |
| 07/28/2020 | Memorandum of law in support of motion filed. | |
| 07/28/2020 | Court issues order case heard via Zoom due to COVID19. | King |
| 07/28/2020 | Mother present in Court. (in courthouse)<br>Judge: King, Hon. Kenneth J | King |
| 07/28/2020 | attys. Martin/Wilinski/Santoro/Roache/Altamore/SW Koehler/SW<br>Friedman-Weiss present in court. | King |
| 07/28/2020 | Motion denied appointment of counsel and continuance- out of fairness. | King |
| 07/28/2020 | Father not present.<br>Judge: King, Hon. Kenneth J | King |
| 07/28/2020 | Court issues order testimony of Angela Gatto taken. | King |
| 07/28/2020 | Temporary mittimus to DCF. [FORM]<br>Judge: King, Hon. Kenneth J | King |
| 07/28/2020 | Court issues order Atty. Martin notifies mother they plan on calling her as a<br>witness during September trial. | King |
| 08/07/2020 | Written order filed by the court. SCAN (Regarding Appointment of Legal<br>Advisor)<br>Judge: King, Hon. Kenneth J | King |
| 08/07/2020 | Filed<br>On this date Thomas W Fothergill, Esq. added as Appointed<br>CP/CHINS/CRA/GU for Respondent 1 Carla Marie Conforto<br>Appointed for the purpose of Care and Protection Cases c. 119, s.23(a)(3) b<br>Judge Hon. Kenneth J King. | |
| 09/04/2020 | Notice of Change of Placement filed. | |

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO. SJ-2020-0578

Middlesex Juvenile Court
Cambridge Division
No. 19CP0037CA

IN RE: CARLA MARIE CONFORTO

JUDGMENT

This matter came before the Court, Budd, J., on a G. L. c. 211, § 3 petition, entitled In Re: Carla Marie Conforto. The petitioner seeks the superintendence power of this Court for appointment of counsel in her care and protection case, Middlesex Juvenile Court docket number 19CP0037CA. On August 7, 2020, the petitioner was appointed counsel, Thomas W. Fothergill.

Upon consideration thereof it is hereby ORDERED that the petition be, and the same hereby is, DENIED without hearing.

By the Court, (Budd, J.)

/s/Maura S. Doyle
Maura S. Doyle, Clerk

Entered: September 8, 2020

**Stephen Cronin**

| | |
|---|---|
| **From:** | Stephen Cronin <stephen.cronin@jud.state.ma.us> |
| **Sent:** | Tuesday, September 8, 2020 11:59 AM |
| **To:** | 'Cambridge Juvenile' |
| **Subject:** | SJ-2020-0578, Carla Marie Conforto |
| **Attachments:** | 20200908113205406.pdf |

Clerk/Magistrate's Office,

Attached please find a judgment entered today in the above referenced matter. Should you have any questions, please contact me. Thank you.

Steve

Stephen J. Cronin

Third Assistant Clerk

Office of Clerk Maura S. Doyle

Supreme Judicial Court for the County of Suffolk

John Adams Courthouse

One Pemberton Square, Suite 1-300

Boston, MA 02108

617-557-1185 (direct)

stephen.cronin@jud.state.ma.us

-----Original Message-----
From: it@sjc.state.ma.us [mailto:it@sjc.state.ma.us]
Sent: Tuesday, September 8, 2020 11:32 AM
To: stephen.cronin <stephen.cronin@jud.state.ma.us>
Subject: Message from "RNP583879082D0C"

This E-mail was sent from "RNP583879082D0C" (MP 4055).

Scan Date: 09.08.2020 11:32:05 (-0400)
Queries to: it@sjc.state.ma.us

1



The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

September 8, 2020

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Carla Marie Conforto, Pro Se
1127 Harrison Avenue
Unit 6
Roxbury, MA 02119-3665

RE:   No. SJ-2020-0578

      IN RE: IMPOUNDED CASE

NOTICE OF DOCKET ENTRY

You are hereby notified that on September 8, 2020, the

following was entered on the docket of the above referenced case:

JUDGMENT: as on file. (Budd, J.)

Maura S. Doyle, Clerk

To:   Carla Marie Conforto
      Middlesex Juvenile Court / Cambridge

SUPREME JUDICIAL COURT

Suffolk.ss

SJ-2020-0578
September 8, 2020

In Re Carla Marie Conforto

RECEIVED

SEP 09 2020

MAURA S. DOYLE CLERK
OF THE SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

NOTICE OF APPEAL TO FULL COURT

Now comes Petitioner Carla Marie Conforto who does hereby
give notice I appeal Single Justice's denial of above captioned
matter.

By: Carla Marie Conforto
c/o 1127 Harrison Avenue
Unit Six
Boston, Massachusetts

CERTIFICATE OF SERVICE   I certify I served all parties a copy of this NOTICE by email
due to COVID 19   By: Carla Marie Conforto 9th September 2020



The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

September 9, 2020

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Carla Marie Conforto, Pro Se
1127 Harrison Avenue
Unit 6
Roxbury, MA 02119-3665

RE:  No. SJ-2020-0578

     **IN RE: IMPOUNDED CASE**

NOTICE OF ASSEMBLY OF THE RECORD
ON APPEAL OR ON RESERVATION AND REPORT TO THE FULL COURT

    In accordance with the Rules of Appellate Procedure, Rule 9(e), notice this day has been sent to the Clerk of the Supreme Judicial Court for the Commonwealth, along with two (2) certified copies of the docket entries.  The record has been fully assembled in the office of the Clerk of the Supreme Judicial Court for Suffolk County.

    The appealing party must enter the case in the Supreme Judicial Court for the Commonwealth:

    a)    if the appeal is subject to Mass. R. A. P. 10(a) and (b), within ten (10) days of receipt of this notice;

                           OR

    b)    if the appeal is subject to S.J.C. Rule 2:21 (copy attached) within fourteen (14) days of the filing of the notice of appeal.

    **This notice does not constitute entry in the Supreme Judicial Court for the Commonwealth.**

Maura S. Doyle, Clerk

## RULE 2:21 APPEAL FROM SINGLE JUSTICE DENIAL OF RELIEF ON
## INTERLOCUTORY RULING
### (Applicable to civil and criminal cases)

(1) When a single justice denies relief from a challenged interlocutory ruling in the trial court and does not report the denial of relief to the full court, the party denied relief may appeal the single justice's ruling to the full court. Unless the court otherwise orders, the notice of appeal shall be filed with the Clerk of the Supreme Judicial Court for Suffolk County within seven days of the entry of the judgment appealed from. Unless the single justice or the full court orders otherwise, neither the trial nor the interlocutory ruling in the trial court shall be stayed.

(2) The appeal shall be presented to the full court on the papers filed in the single justice session, including any memorandum of decision. Nine copies of the record appendix must be filed in the Office of the Clerk of the Supreme Judicial Court for the Commonwealth within fourteen days after the date on which the appeal is docketed in the full Supreme Judicial Court. The record appendix shall be accompanied by nine copies of a memorandum of not more than ten pages, double-spaced, in which the appellant must set forth the reasons why review of the trial court decision cannot adequately be obtained on appeal from any final adverse judgment in the trial court or by other available means. No response from the prevailing party shall be filed, unless requested by the court.

(3) This rule shall not apply to interlocutory appeals governed by Rule 15 of the Massachusetts Rules of Criminal Procedure.

(4) The full court will consider the appeal on the papers submitted pursuant to this rule, unless it otherwise orders.

*******************************************************************

If an appeal from a judgment is subject to S.J.C Rule 2:21, set forth above, please note that:

1)    **within seven (7) days of the entry of the judgment**, (unless the court otherwise orders), the appealing party must file **a notice of appeal** with the Clerk of the Supreme Judicial Court for Suffolk County; AND

2)    **within fourteen (14) days of the date of the filing of the notice of appeal**, the appealing party must:

- **docket the appeal** in the office of the Clerk of the Supreme Judicial Court for the Commonwealth and pay any docket fee required by law;  AND

3)    **within fourteen (14) days of the docketing of the appeal in the office of the Clerk of the Supreme Judicial Court for the Commonwealth,** the appealing party must:

- **file nine (9) copies of the memorandum and nine (9) copies of the record appendix** with the Clerk of the Supreme Judicial Court for the Commonwealth.

SUPREME JUDICIAL COURT

Suffolk, ss

SJ-2020-0578
September 8, 2020

In Re Carla Marie Conforto

RECEIVED

SEP 09 2020

MAURA S. DOYLE CLERK
OF THE SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

NOTICE OF APPEAL TO FULL COURT

Now comes Petitioner Carla Marie Conforto who does hereby
give notice I appeal Single Justice's denial of above captioned
matter.

By: Carla Marie Conforto
c/o 1127 Harrison Avenue
Unit Six
Boston, Massachusetts

CERTIFICATE OF SERVICE: I certify I served all parties a copy of this NOTICE. by email
due to COVID 19   By: Carla Marie Conforto, 9th September 2020

Forecourt Paragon ®

**IMPOUNDED**

09/09/2020
11:38 am

## Commonwealth of Massachusetts
### SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
#### Docket Sheet

### SJ-2020-0578
### IN RE: IMPOUNDED CASE

**CASE HEADER**

| | | | |
|---|---|---|---|
| Entered | 08/17/2020 | Docket Type | SJC Single Justice |
| Case Status | Disp: appeal by Pet pendg | Status Date | 09/09/2020 |
| Case Nature | 211.3 - Superintendence c 211 s 3 | Sub-Nature | motapptc - Motion to Appoint Counsel |
| Justice | Budd, J. | Under Advisement | 09/08/2020 |
| Clerk | AS | Public | No - Impounded |
| Disposition | Decided: petition denied | Disposition Date | 09/08/2020 |

**Other Court Information**

| | | | |
|---|---|---|---|
| Lower Court | Trial Court | | |
| Case Type | CV | Pet Role LCt | Defendant in lower court |
| Trial Court | | TC Not App Dt | |
| TC Number | | | |
| TC Ruling Dt | | TC Dispo | |

**INVOLVED PARTY** | **ATTORNEY APPEARANCE**

Carla Marie Conforto
Petitioner
1127 Harrison Avenue
Unit 6
Roxbury, MA 02119-3665
Active 08/17/2020

Pro Se
Active 08/17/2020 Entitled,

Middlesex Juvenile Court / Camb
(Lower Court: civil or general)
Office of the Clerk
121 Third Street
East Cambridge, MA 02141
Phone: 617-494-4100
Active 09/08/2020 Entitled, eMail Only (APC)

Clerk - SJC for the Commonwealth
Clerk for Commonwealth
1400 John Adams Courthouse
One Pemberton Square, Suite 1400
Boston, MA 02108
Active 09/09/2020 Entitled,

'cdssj', '373724', '242408', 'Y', 'Y', 'Y', 'Y', 'Y'

Page 1 of 2

Forecourt Paragon ®   IMPOUNDED   09/09/2020
11:38 am

**Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
Docket Sheet

**SJ-2020-0578**
**IN RE: IMPOUNDED CASE**

| DATE | P# | ENTRY |
|------|-----|-------|
| 08/17/2020 | | Case entered. |
| 08/17/2020 | 1 | (IMPOUNDED) Affidavit of Indigency Request for Waiver, Substitution or State Payment Fees & Costs pursuant to G. L. c. 261, s. 27A-G filed by Carla Marie Conforto, pro se. |
| 08/17/2020 | 2 | Petition under c. 211, s. 3, filed by Carla Marie Conforto, pro se. |
| 08/17/2020 | 3 | Determination Regarding Fees & Costs by Clerk:ALLOWED FORTHWITH. |
| 08/31/2020 | 4 | Unsigned email from "returnmypropertynow@protonmail.com" to Assistant Amy Stewart dated August 31, 2020, filed. No attachments to email. |
| 08/31/2020 | 5 | Email from Carla Marie Conforto filed pro se and referencing "appendix 1 p, petition for extraordinary relief 2 p, and affidavit 3 p" with six JPEG files attached. |
| 08/31/2020 | 6 | Email from Carla Marie Conforto filed pro se and referencing "appendix 1 p, petition for extraordinary relief 2 p, and affidavit 3 p" with six JPEG files attached. (Docket note: email and attachments appear to be a duplicate of paper no. 5). |
| 08/31/2020 | 7 | Unsigned email from "returnmypropertynow@protonmail.com" to Assistant Clerk Amy Stewart filed and referencing "Attached: Pages 21 & 22 of 22, MASSACHUSETTS MIDDLESEX COUNTY JUVENILE COURT, Public Docket Report 19CP0037CA total:22 pages, pages 21& 22, EXHIBITS A, B, C, D" with nine JPEG files attached. |
| 08/31/2020 | 8 | Unsigned email from "returnmypropertynow@protonmail.com" to Assistant Clerk Amy Stewart filed and referencing "EXHIBIT E, ORDER RE MOTION TO WITHDRAW COUNSEL" with one JPEG file attached. |
| 09/08/2020 | | Under advisement. (Budd, J.). |
| 09/08/2020 | 9 | Copy of Lower Court docket sheets, filed. |
| 09/08/2020 | 10 | JUDGMENT: "This matter came before the Court, Budd, J., on a G. L. c. 211, § 3 petition, entitled In Re: Carla Marie Conforto. The petitioner seeks the superintendence power of this Court for appointment of counsel in her care and protection case, Middlesex Juvenile Court docket number 19CP0037CA. On August 7, 2020, the petitioner was appointed counsel, Thomas W. Fothergill. Upon consideration thereof it is hereby ORDERED that the petition be, and the same hereby is, DENIED without hearing." (Budd, J.) |
| 09/08/2020 | 11 | EMAIL Notice to Counsel/Parties and Lower Court Re: P.# 10 filed. |
| 09/08/2020 | 12 | Notice to counsel/parties, regarding paper #11 filed. |
| 09/08/2020 | 13 | Notice of Appeal with Certificate of Service filed by Carla Marie Conforto, pro se. |
| 09/09/2020 | 14 | Notice of assembly of the record. |
| 09/09/2020 | 15 | Notice to counsel/parties, regarding paper #'s 13 & 14 filed. |

A True Copy

9/9/20    Attest: _____

Date                Clerk

'cdssj', '373724', '242408', 'y', 'y', 'y', 'y', 'y'



The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

September 9, 2020

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Carla Marie Conforto, Pro Se
1127 Harrison Avenue
Unit 6
Roxbury, MA 02119-3665


RE:  No. SJ-2020-0578

     IN RE: IMPOUNDED CASE




        In accordance with the Rules of Appellate Procedure, Nos. 9(e)
and 10(a) and (b), the enclosed copy of the Notice of Appeal and the
Notice of Assembly of the Record on Appeal or on Reservation and
Report to the Full Court in the above-entitled case are hereby mailed
to you.

        The appealing party must enter the case in the Supreme Judicial
Court for the Commonwealth:

        a)   if the appeal is subject to S.J.C. Rule 2:21 (copy
        attached), within fourteen (14) days of the filing of the notice
        of appeal;

                                OR

        b)   if the appeal is subject to Mass. R.A.P. 10(a) and (b),
        within ten (10) days of the receipt of this notice.

        Entry of the case will be made in the Clerk's Office, Supreme
Judicial Court for the Commonwealth, John Adams Courthouse, One
Pemberton Square, Room 1400, Boston, Massachusetts 02108-1724, upon
receipt of the filing fee of $300.00, or upon written request if the
appealing party has been permitted to proceed without payment of fees

in this court.

    A copy of the record is available from this office for a fee of $.20 per page.

Very truly yours,

Maura S. Doyle, Clerk

To:  Carla Marie Conforto
     Middlesex Juvenile Court / Camb
     Clerk - SJC for the Commonwealth

GROUNDS ONE AND GROUNDS TWO

GROUND ONE (a) Supporting facts

1. On or about the 10th July 2020 i was informed by a student of law that an extreme conflict of interest existed between TA & KA (Mother) due to a violent relationship with a Conforto family member

2. I filed a motion at a lower court level for the discharge of counsel and the appointment of new counsel see APPENDIX record #7

3. Lower court Judge King denied appointment of new counsel however acquiesced to the extreme conflict and discharged counsel.

4. Mother sought interlocutory review under chapter 231 Mass App. Ct. see APPENDIX

5. Inadequate state corrective process under c.231 resulted in a denial of Interlocutory review as there is no right to one under state statute.

6. c.211 §3 was filed by Mother July 2020 #6 Aug. complete with an argument under Halbert v Michigan

7. On or about August 31, 2020 a series of emails between Second Assistant Clerk Amy C. Stewart and an unknown clerk references a highly controversial class member Akkima Dannielle Briscoe #5

8. Akkima Dannielle Briscoe is a fundamental rights class member

FILED
IN CLERKS OFFICE

2020 OCT 16 PM 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

9. Recipients use "of the Express Classification" in so far as stating remember her as Akkima's friend," stated on 3rd September 2020 #5

10. Akkima has previously filed multiple lawsuits SJC pleadings asserting fundamental rights, including US District Court lawsuit involving dcf custody and 42 USC § 1983 violations.

11. Five days after the recipients use of the classification the record was altered to indicate, or mislead the Single Justice in believing Mother had court appointed counsel when in fact she did not.

12. On September 8, 2020 Single Justice denied relief without a hearing stating counsel was appointed #

13. On the same date Edi Jo Cooper sent an email to Mother (Exhibit forthcoming) stating "You have been appointed an attorney"

14. Subsequently, Mother was misled into believing her newly appointed counsel would assist in preparing a case after thee forementioned denial of counsel as stated above. in ¶ 2

FILED
IN CLERK'S OFFICE

2020 OCT 16 PM 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

15 Shortly thereafter assumed appointed counsel informed Mother was a legal advisor.

16. Subsequently on or about September 15, 2020 the lower court clerk in an appearance, suggested to Mother that the Supreme Judicial Court of Massachusetts made a mistake.
I had noticed upon exiting clerks office multiple clerks laughing having over heard the remark the SJC made the mistake.

17. Such trickery in process in the obliterating or the alteration upon facts of the interlocutory review is so unfair as to violate the Due process clause in its own force

GROUNDS TWO

FILED
IN CLERKS OFFICE

2020 OCT 16 PM 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Supporting facts (a)

1. Judicial clerks of the lower court or the SJC are the Judicial branch of government.

2. The Judicial interference with TA & KA Mothers fundamental right to access the courts, assisted the Executive prosecuter / DCF.

3. As such the two powers of government joined hands interfering with Mothers fundamental rights to fair process, Faretta rights, and rights under Halbert v Michigan thus violating seperation of powers doctrine.