28th October 2020

# UNITED STATES DISTRICT COURT

Suffolk, ss

20-88116

## MOTION TO ACCESS THE COURT ELECTRONICALLY

Petitioner motions this court to file electronically using the "ECF"

FILED
IN CLERKS OFFICE
2020 OCT 28  AM 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

Signed under pains and penalty of perjury.

By Carla Marie Cofto, Mother

Carla Marie Conforto Mother
on Behalf of TA & KA
c/o 1127 Harrison Avenue
Boston, Massachusetts